**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC.,<br>a/k/a KINNEY DRUGS, INC.,<br>individually and on behalf of all others similarly<br>situated,<br><br>        Plaintiff,<br><br>  v.<br><br>MYLAN N.V., MYLAN SPECIALTY L.P.,<br>MYLAN PHARMACEUTICALS, INC., PFIZER,<br>INC., KING PHARMACEUTICALS, INC.,<br>MERIDIAN MEDICAL TECHNOLOGIES, INC.,<br><br>        Defendants. | Case No. 2:20-CV-2065-DDC-TJJ |

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

<u>**PARTIES' AGREED JOINT PROPOSAL ON MEDIATION STATUS**</u>
<u>**AND POST-MEDIATION DEADLINES**</u>

Pursuant to the Court's Orders of June 18, 2020 (Doc. 49) and May 27, 2020 (Doc. 43), the Parties state as follows:

1.    Plaintiff and the Mylan Defendants ("Mediating Parties") have met and conferred as to the mediation process and responsive pleadings in the event the mediation is not successful. Plaintiff and the Pfizer Defendants have also met and conferred regarding responsive pleading deadlines.

2.    The Mediating Parties agree to use their best efforts to select a mediator and to conduct a telephonic or videoconference mediation by September 1, 2020.

3.    The Parties will comply with the selected mediator's request for preparation materials, if any.

4.      Within three days of the conclusion of the mediation, the Mediating Parties shall file a joint statement with this Court advising whether the mediation was successful.

5.      If the mediation is not successful in resolving all claims between Plaintiff and the Mylan Defendants, Plaintiff KPH has advised that it intends to file an Amended Complaint.  The parties agree that KPH will confer with Defendants about their proposed Amended Complaint and will tender their proposed Amended Complaint to Defendants and request that Defendants consent to it being filed.  Defendants agree to consider such request in good faith and respond to the request for consent within 10 days of receiving the request.  Defendants reserve all rights and defenses on the issue of any Amended Complaint at this time.

6.      If an Amended Complaint is filed, by consent or with leave, the Defendants agree to answer or move with respect to the Amended Complaint within 30 days from the date it is filed. If a Motion for leave to file an Amended Complaint is not filed or granted, the Defendants agree to answer or move with respect to the original Complaint within 21 days from the date of any order denying leave to amend, or a date agreed to by the Parties.

Dated:  June 29, 2020

Respectfully submitted,


/s/ *Brian C. Fries*
Brian C. Fries (15889)
James Moloney (23786)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
bfries@lathropgpm.com
jmoloney@lathropgpm.com

*Counsel for the Mylan Defendants*


/s/ *Joseph Rebein*
Joseph Rebein
Ashley Harrison
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
jrebein@shb.com
aharrison@shb.com

*Counsel for the Pfizer Defendants*

/s/ *Eric D. Barton*
Thomas P. Cartmell (KS #17020)
Eric D. Barton (KS #16503)
Tyler W. Hudson (KS #20293)
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816)701-1100
Facsimile: (816) 531-2372
tcartmell@wcllp.com
ebarton@wcllp.com
thudson@wcllp.com

Dianne M. Nast (*admitted pro hac vice*)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts (*admitted pro hac vice*)
**ROBERTS LAW FIRM**
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 952-8558
mikeroberts@robertslawfirm.us

*Counsel for Plaintiff KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc.*