# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MYLAN N.V., MYLAN SPECIALTY L.P., MYLAN PHARMACEUTICALS INC.,<br><br>    Defendants. | Case No. 2:20-cv-02065-DDC-TJJ |

## NOTICE OF INTENT TO ISSUE BUSINESS RECORDS SUBPOENA

**PLEASE TAKE NOTICE** that:

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Mylan N.V., Mylan Specialty L.P., and Mylan Pharmaceuticals Inc. ("Mylan") will serve the attached subpoena on McKesson Corporation ("McKesson"), requesting that McKesson produce the specified documents and things for inspection and copying as set forth in Schedule A to the subpoena at the time and location noticed therein. Mylan will include the Stipulated Protective Order [ECF No. 99], the Stipulated ESI Protocol [ECF No. 100], and the Consolidated Fourth Amended Class Action Complaint [ECF No. 128] along with the subpoena.

Dated: October 3, 2022                    Respectfully submitted,

/s/ *Brian C. Fries*
Brian C. Fries (15889)
James Moloney (23786)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
brian.fries@lathropgpm.com
james.moloney@lathropgpm.com

Adam K. Levin
David M. Foster
Carolyn A. DeLone
Charles A. Loughlin
Michael D. Gendall
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
carrie.delone@hoganlovells.com
chuck.loughlin@hoganlovells.com
mike.gendall@hoganlovells.com

*Counsel for the Mylan Defendants*