IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC., FWK HOLDINGS, LLC, and CÉSAR CASTILLO, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN N.V., MYLAN SPECIALTY L.P., and MYLAN PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No. 2:20-cv-02065-DDC-TJJ |

**ORDER GRANTING MOTION FOR APPOINTMENT OF INTERIM
CO-LEAD AND LIAISON COUNSEL FOR THE DIRECT PURCHASER CLASS**

AND NOW, this 4th day of November 2022, after considering the motion of direct purchaser plaintiffs KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. ("KPH"), FWK Holdings, LLC, and César Castillo, LLC ("Castillo") for the appointment of Interim Co-Lead and Liaison counsel for the direct purchaser class; and the accompanying Memorandum of Law and supporting exhibits; and having considered the factors provided in Rule 23(g) of the Federal Rules of Civil Procedure and finding all the requirements of Rule 23(g) are satisfied in that the proposed interim co-lead and liaison counsel: (i) have undertaken the investigation and identification of potential claims in the action and those tasks likely still are ongoing; (ii) possess the requisite experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) possess knowledge of the applicable law as demonstrated by their participation in this and similar cases; and (iv) have committed resources necessary to represent the class and prosecute this case; it is hereby **ORDERED**:

**1. Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class**

The court designates as interim co-lead counsel for the putative direct purchaser plaintiff class:

Michael L. Roberts,
ROBERTS LAW FIRM US, PC
1920 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (501) 952-8558
mikeroberts@robertslawfirm.us

and

Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas,
40th Floor
New York, NY 10036
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com

The direct purchaser plaintiffs' interim co-lead counsel shall have the following duties during all phases of this litigation:

(a) to organize and supervise the efforts of the direct purchaser plaintiffs' counsel in a manner to ensure that the pretrial and trial preparation for the direct purchaser plaintiffs is conducted effectively, efficiently, expeditiously, and economically;

(b) to prepare and file the Consolidated Class Complaint on behalf of the proposed direct purchaser class, and any subsequent pleadings;

(c) to conduct all pretrial, trial, and post-trial proceedings on behalf of the proposed direct purchaser class and act as spokespersons for the proposed direct purchaser class at all court conferences and hearings;

(d) to receive and initiate communication with the court and the clerk of court, including receiving orders, notices, correspondence and telephone calls;

(e) to initiate and conduct discussions and negotiations with counsel for the defendants on all matters, including settlement;

(f) to determine (after such consultation with other co-counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of the direct purchaser plaintiffs on all matters related to this litigation;

(g) to enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

(h) to coordinate the initiation of and conduct discovery on behalf of the direct purchaser plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of interrogatories and requests for production of documents, the organization and review of documents produced by the defendant and non-parties, and the examination of witnesses via deposition;

(i) to consult with and employ experts, as necessary, for the direct purchaser plaintiffs;

(j) to negotiate with, retain, and manage relations with outside vendors for the collection, processing, or review of documents and electronically stored information produced in discovery;

(k) to coordinate and communicate as necessary with counsel for other parties in the litigation about any matters addressed in this Order in order to ensure efficient use of the direct purchaser plaintiffs', the defendants', and the court's time;

(l) to coordinate the preparation and presentation of all of the direct purchaser plaintiffs' claims and coordinate all proceedings;

(m) to monitor activities of the direct purchaser plaintiffs' counsel to whom they delegate work and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided, including but not limited to, by collecting from each firm regular time and expense reports;

(n) to maintain adequate time and disbursement records covering services for all the direct purchaser plaintiffs' counsel;

(o) to assess the direct purchaser plaintiffs' counsel for the costs of the litigation;

(p) to encourage efficiency among all the direct purchaser plaintiffs' counsel;

(q) to perform such other duties as may be incidental to proper coordination and managing of the direct purchaser plaintiffs' and the putative direct purchaser class's pretrial and trial activities or authorized by further order of the court; and,

(r) to prepare any application for an award (or approval) of fees and reimbursement of expenses incurred by the proposed direct purchaser class, and allocate among the direct purchaser plaintiffs' counsel any such fees and expenses awarded.

**2. Interim Liaison Counsel for the Direct Purchaser Plaintiff Class**

The court designates as interim liaison counsel for the putative direct purchaser plaintiff class:

Bradley T. Wilders
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
wilders@stuevesiegel.com

The direct purchaser plaintiffs' liaison counsel shall have the following duties:

(a) to maintain and distribute to co-counsel and to the defendants' counsel an up-to-date service list;

(b) to receive and, as appropriate, distribute to co-counsel orders from the court;

(c) to maintain and make available to co-counsel at reasonable hours a complete file of all documents served by or upon each party (except such documents as may be available at a document depository);

(d) to establish and maintain a document depository, if necessary;

(e) to be consulted on key strategic decisions about the prosecution of the claims of the direct purchaser plaintiffs as requested by co-lead counsel and to ensure litigation strategy accords with the rules and expectations of the District of Kansas;

(f) to present to the court procedural and substantive arguments on behalf of the direct purchaser plaintiffs, as and when requested by co-lead counsel;

(g) to participate in settlement discussions as and when requested by co-lead counsel; and,

(h) to collect and maintain adequate time and disbursement records covering services for all the direct purchaser plaintiffs' counsel, and to provide same to interim co-lead counsel on a regular basis, as and when requested. This duty of interim liaison counsel includes an obligation to: (1) collect (no less frequently than monthly) statements from all counsel providing the time devoted and expenses incurred in the matter; (2) review them and discern whether the effort level is appropriate, efficiently devoted, and not duplicative of work performed by other members of attorneys representing the putative class; (3) as necessary, direct attorneys or firms who have failed to devote their time and effort efficiently to take appropriate curative measures.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiffs' Motion for Appointment of Interim Co-Lead and Liaison Counsel for the Direct Purchaser Class (Doc. 273) is granted.

**IT IS SO ORDERED.**

**Dated this 4th day of November, 2022, at Kansas City, Kansas.**

<u>**s/ Daniel D. Crabtree**</u>
**Daniel D. Crabtree**
**United States District Judge**