UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

November 14, 2022

Bradley Wilders
Stueve Siegel Hanson
460 Nichols Road, Suite 200
Kansas City, MO 64112

Michael L. Roberts
Sarah E. DeLoach
Erich Paul Schork
Roberts Law Firm
20 Rahling Circle
Little Rock, AR 72223

Linda P. Nussbaum
Nussbaum Law Group, PC
1211 Avenue of the Americas, 40th Floor
New York, NY 10036

**RE:** 22-603, KPH Healthcare Services, Inc., et al v. Pfizer, Inc., et al
Dist/Ag docket: 2:20-CV-02065-DDC-TJJ

Dear Counsel:

Your petition for permission to appeal pursuant to 28 U.S.C. 1292(b) and Fed. R. App. P. 5, has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Raj Gandesha
Joseph M. Rebein
Kathryn Swisher
Edward Thrasher

CMW/mlb