UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

November 29, 2022

Mr. Justin Bernick
Ms. Carolyn Anne DeLone
Mr. David M. Foster
Mr. Michael D. Gendall
Mr. Adam K. Levin
Mr. Charles A. Loughlin
Ms. Christine A. Sifferman
Hogan Lovells
555 Thirteenth Street, NW
Washington, DC 20004

Mr. Brian Christopher Fries
Lathrop GPM
2345 Grand Boulevard, Suite 2200
Suite 2200
Kansas City, MO 64108

    **RE:**      **22-604, Mylan N.V., et al v. KPH Healthcare Services, Inc., et al**
                 Dist/Ag docket: 2:20-CV-02065-DDC-TJJ

Dear Counsel:

Your petition for permission to appeal pursuant to 28 U.S.C. 1292(b) and Fed. R. App. P. 5 has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Ethan J. Barlieb
       Eric David Barton
       Thomas P. Cartmell
       Sarah E. DeLoach
       Raj Gandesha
       Tyler W. Hudson
       Jordan E. Jacobson
       Jordan A. Kane
       Joseph H. Meltzer
       Dianne M. Nast
       Linda P. Nussbaum
       Joseph M. Rebein
       Michael L. Roberts
       Erich Paul Schork
       Norman Siegel
       Kathryn Swisher
       Edward Thrasher
       Bradley Wilders
       Terence S. Ziegler

CMW/klp