IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS INC., *et al.*,  ) ) ) | |
| Plaintiffs, ) ) | |
| v.  ) ) ) | Case No. 2:20-cv-02065-DDC-TJJ |
| MYLAN, N.V., *et al.*,  ) ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Mylan's Unopposed Renewed Motion for Leave to File Under Seal Plaintiffs' Motion to Compel and Reply (ECF No. 271). As the Court has previously noted, the Supreme Court recognizes a "general right to inspect and copy public records and documents, including judicial records and documents."[1] The public's right of access, however, is not absolute.[2] The Court therefore has discretion to seal documents if competing interests outweigh the public's right of access.[3] In exercising its discretion, the Court weighs the public's interests, which it presumes are paramount, against those advanced by the parties.[4] The

---

[1] *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978) (citations omitted).

[2] *Helm v. Kansas*, 656 F.3d 1277, 1292 (10th Cir. 2011); *Mann v. Boatright,* 477 F.3d 1140, 1149 (10th Cir. 2007).

[3] *Id.*; *United States v. Hickey*, 767 F.2d 705, 708 (10th Cir. 1985).

[4] *Helm*, 656 F.3d at 1292.

party seeking to overcome the presumption of public access to the documents bears the burden of showing some significant interest that outweighs the presumption.[5]

Applying this standard, the Court grants the Renewed Motion in part and denies it in part as set forth below.

Mylan has requested redaction of portions of the memoranda in support of and certain exhibits to Plaintiffs' Motion to Compel Defendants' Responses to Plaintiffs' First Requests for Production of Documents (ECF Nos. 176, 178) and Plaintiffs' Reply Brief in Support (ECF No. 190). Plaintiffs do not oppose any of Mylan's sealing requests, and no other party or non-party has sought additional sealing.

The Court grants in part and denies in part Mylan's renewed motion to redact the memorandum in support of Plaintiffs' Motion to Compel. The motion is denied with respect to the discussion of Exhibit 23 on pages 31-32 of the memorandum in support of the Motion to Compel (ECF No. 178). The motion is granted with respect to the remaining redactions Mylan requests in the memorandum in support of the Motion to Compel (ECF No. 178).

The Court grants Mylan's renewed motion to redact Exhibits 14, 15, 16, 19, and 21-2 to the memorandum in support of Plaintiffs' Motion to Compel.

The Court grants Mylan's renewed motion to seal Exhibits 12, 13-4, 18-4, 21-3, 21-4, 21-6, 22, and 23 to the memorandum in support of Plaintiffs' Motion to Compel.

The Court grants in part and denies in part Mylan's renewed motion to redact Plaintiffs' Reply. The motion is denied with respect to the discussion of Exhibit 23 on pages 27-28 of

---

[5] *Id.*; *Mann*, 477 F.3d at 1149.

Plaintiffs' Reply (ECF No. 190). The motion is granted with respect to the remaining redactions Mylan requests in Plaintiffs' Reply (ECF No. 190).

The Court grants Mylan's renewed motion to seal Exhibits 6, 9, 10, 11, 12, 13, 15, 23, 27, and 28 to Plaintiffs' Reply.

**IT IS THEREFORE ORDERED THAT** Mylan's Unopposed Renewed Motion for Leave to File Under Seal Plaintiffs' Motion to Compel and Reply (ECF No. 271) is granted in part and denied in part.

**IT IS FURTHER ORDERED THAT** within thirty (30) days of the date of this order:

(1) Plaintiffs must file publicly their memorandum in support of Plaintiffs' Motion to Compel with the approved redactions;

(2) Plaintiffs must file publicly Exhibits 14, 15, 16, 19, and 21-2 to their memorandum in support of Plaintiffs' Motion to Compel with the approved redactions;

(3) Plaintiffs must file under seal unredacted Exhibits 12, 13-4, 18-4, 21-3, 21-4, 21-6, 22, and 23 to the memorandum in support of Plaintiffs' Motion to Compel;

(4) Plaintiffs must file publicly their Reply with the approved redactions;

(5) Plaintiffs must file under seal unredacted Exhibits 6, 9, 10, 11, 12, 13, 15, 23, 27, and 28 to Plaintiffs' Reply;

(6) Plaintiffs must file publicly Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 17, and 20 to their memorandum in support of Plaintiffs' Motion to Compel. No party or non-party has requested sealing or redaction of these items; and

(7) Plaintiffs must file publicly Exhibits 1, 2, 3, 4, 5, 7, 8, 14, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, and 29 to Plaintiffs' Reply. No party or non-party has requested sealing or redaction of these items.

3

**IT IS SO ORDERED.**

Dated this 6th day of December, 2022 in Kansas City, Kansas.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge