**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

KPH Healthcare Services, Inc.
*a/k/a* Kinney Drugs, Inc., FWK
Holdings LLC, and Cesar Castillo, LLC,
*individually and on behalf of all others similarly situated*,

                    Plaintiffs,

v.                                      Case No. 20-2065-DDC-TJJ

Mylan N.V., Mylan Pharmaceuticals Inc.,
Mylan Specialty L.P.,

                    Defendants.

**Attorneys for Plaintiffs:** Bradley T. Wilders, Michael L. Roberts, Sarah E. DeLoach, Linda P. Nussbaum
**Attorneys for Defendants:** Adam K. Levin, Brian C. Fries, Carolyn Anne DeLone, David M. Foster

| JUDGE: | Daniel D. Crabtree | DATE: | 5/9/2025 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |

## SETTLEMENT APPROVAL HEARING

The parties appear through counsel.

The following motion is before the court:

> Doc. 465 – Direct Purchaser Plaintiffs' Motion for Final Approval of Settlement with Mylan Defendants, Approval of Plan of Allocation, and Award of Attorneys' Fees and Expenses – **REMAINS PENDING as set forth in full on the record. The court will enter an order.**

The court hears from counsel on the motion.